## Commonwealth *v.* Wirtshafter, Appellant.

Argued June 17, 1965. *Robert F. Simone,* for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.

## Franklin Unemployment Compensation Case.

Argued June 16, 1965. *James C. Franklin,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.